

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Chrisondath Badall v. Rukmin Durgapersad

Appellate case number:   01-13-00596-CV

Trial court case number:  CV 70552

Trial court:             75th District Court of Liberty County

Appellant has filed a "Motion for Court to Order Court Reporter to Provide Records." On July 24, 2013, this Court directed the Liberty Count District Clerk to prepare and file a record on appellant's indigence. That record has not yet been filed, and thus appellant's indigence status has not yet been confirmed. Accordingly, appellant's motion requesting a copy of the court reporter's record at no cost is premature, and the motion is DISMISSED.

Judge's signature:  **/s/ Evelyn V. Keyes**
                    Acting individually

Date: August 16, 2013